UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

JEAN TOBORG, As Administratix of the
Estate of WILLIAM TOBORG, deceased,
and JEAN TORBORG, Individually

                                        Plaintiff,

        **-v.-**

                                                Civil Action No.
                                                1:11-cv-150 (GLS/RFT)

UNITED STATES OF AMERICA,

                                        Defendant.
-------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

Zwiebel, Fairbanks Law Firm     JONATHAN FAIRBANKS, ESQ.
Kingston Office
72 Maiden Lane
P.O. Box 3907
Kingston, New York 12402

FOR THE DEFENDANT:

HON. RICHARD S. HARTUNIAN       DIANE CAGINO
United States Attorney          Assistant United States Attorney
Office of the United States Attorney
445 Broadway
Albany, New York 12207

GARY L. SHARPE,
CHIEF JUDGE

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed October 19, 2012.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed October 19, 2012 is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED that Toborg's Counsel, Jonathan Fairbanks, Esq., be sanctioned as follows: (1) that he pay the Government the sum of $8,359.36 within ninety days of the filing date of the final order issued from this court; and it is further

ORDERED, that he personally assume all costs related to the depositions of Toborg's two experts, consistent with the Judge Treece's Report-Recommendation.

IT IS SO ORDERED.

Dated:      November 9, 2012
            Albany, New York

_____
Gary L. Sharpe
Chief Judge
U.S. District Court